IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JEWEL DEAN OLIVER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KENWORTH OF DOTHAN, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:05cv1000-T |

ORDER

It is ORDERED that defendant's motion to stay and motion to compel arbitration (Doc. No. 2) are set for submission, without oral argument, on November 18, 2005, with all briefs due by said date.

DONE, this the 28th day of October, 2005.

   /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**