IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEWEL DEAN OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-1000-WKW |
| | ) | |
| KENWORTH OF DOTHAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on the defendant's Motion to Stay Action and Require Plaintiff to Submit Her Disputes to Binding Arbitration (Doc. # 2) filed on October 19, 2005. The Plaintiff has not filed a response in opposition to this motion.

Upon a review of this file, the Court is satisfied that the motion is due to be GRANTED. Accordingly, it is hereby ORDERED as follows:

(1) The motion to require arbitration (Doc. # 2) is GRANTED.

(2) The parties to this action are hereby ORDERED to submit all controversies, claims, or disputes between them to arbitration in accordance with the terms of the agreement between them.

(3) This action is STAYED pending the completion of the arbitration or the resolution of this dispute through negotiated settlement.

(4) The parties are hereby ORDERED to file a jointly prepared report on the status of this case. The first such report shall be filed on June 5, 2006, and the parties shall thereafter file a jointly prepared report on the first Monday of every month until such time as the parties jointly stipulate that this action can be dismissed or until further action is required of this Court. The jointly prepared

report shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.

DONE this the 18th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE