**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JEWEL DEAN OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:05CV-1000-T |
| ) | |
| KENWORTH OF DOTHAN, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

In accordance with the Court's order, the parties jointly report that they are working toward the selection of a private arbitrator before whom this dispute can be arbitrated, to avoid the delays and costs associated with using the American Arbitration Association's services. The parties anticipate entering into a post dispute arbitration agreement therefore, before the next scheduled report to the Court.

FOR PLAINTIFF

/S/ Joseph W. Lewis[1]
Joseph W. Lewis, Esq.
Attorney at Law
Post Office Box 536
Dothan, Alabama 36302

FOR DEFENDANT
/s/ John Martin Galese

_____

John Martin Galese, Esq., ASB-5382-E61j
800 Shades Creek Parkway
Birmingham, Alabama 35209
205/8780-0663

---

[1] Signed electronically by John Martin Galese, with permission.