**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JEWEL DEAN OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:05CV-1000-T |
| | ) |
| KENWORTH OF DOTHAN, INC., | ) |
| | ) |
| Defendant. | ) |

**SECOND JOINT STATUS REPORT**

In accordance with the Court's order, the parties jointly report that they have selected Hon. William Coleman to serve as a private arbitrator, working under the Commercial Rules of the American Arbitration Association, but prior to incurring the costs associated therewith, are discussing the settlement potential of this case.

FOR PLAINTIFF
/S/ Joseph W. Lewis[1]
Joseph W. Lewis, Esq.
Attorney at Law
Post Office Box 536
Dothan, Alabama 36302

FOR DEFENDANT
/s/ John Martin Galese
John Martin Galese, Esq., ASB-5382-E61j
800 Shades Creek Parkway
Birmingham, Alabama 35209
205/8780-0663

---

[1] Signed electronically by John Martin Galese, with permission.