## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JEWEL DEAN OLIVER,                )
                                  )
            Plaintiff,            )
                                  )
vs.                               )        Case No.: 1:05CV-1000-T
                                  )
KENWORTH OF DOTHAN, INC.,         )
                                  )
            Defendant.            )


## THIRD JOINT STATUS REPORT AND
## REQUEST TO BE RELIEVED OF DUTY TO CONTINUE TO
## FILE MONTHLY REPORTS

In accordance with the Court's order, the parties jointly report that they have selected Hon. William Coleman to serve as a private arbitrator, working under the Commercial Rules of the American Arbitration Association. A prehearing conference with Mr. Coleman was completed on July 25, 2006, and the matter has been set for an arbitration hearing on October 27, 2006 before Mr. Coleman. Additionally, the parties request that they be relieved of filing monthly reports to the Court, and that their next report be ordered to be filed on November 1, 2006, or sooner if there is any material change in the October 27, 2006 hearing date for the arbitration of this dispute.


FOR PLAINTIFF
/S/ Joseph W. Lewis[1]
Joseph W. Lewis, Esq.
Attorney at Law
Post Office Box 536
Dothan, Alabama 36302

---

[1]Signed electronically by John Martin Galese, with permission.

FOR DEFENDANT
/s/ John Martin Galese
John Martin Galese, Esq., ASB-5382-E61j
800 Shades Creek Parkway
Birmingham, Alabama 35209
205/8780-0663