IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEWEL DEAN OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-1000-WKW |
| | ) | |
| KENWORTH OF DOTHAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The parties in this case have requested to be relieved of the duty to file monthly status reports until such time as the scheduled arbitration of this matter has begun. Accordingly, it is hereby ORDERED that the parties shall not be required to file another status report until November 1, 2006.

DONE this the 31st day of July, 2006.

                                                /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE