**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JEWEL DEAN OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 1:05CV-1000-T |
| | ) |
| KENWORTH OF DOTHAN, INC., | ) |
| | ) |
| Defendant. | ) |

**FOURTH JOINT STATUS REPORT**

In accordance with the Court's order, the parties jointly report that this case arbitrated to final conclusion on October 27, 2006, before Hon. William Coleman. Mr. Coleman indicated that he would have an award within 30 days from October 27, 2006.

FOR PLAINTIFF
/S/ Joseph W. Lewis[1]
Joseph W. Lewis, Esq.
Attorney at Law
Post Office Box 536
Dothan, Alabama 36302

FOR DEFENDANT
/s/ John Martin Galese
John Martin Galese, Esq., ASB-5382-E61j
800 Shades Creek Parkway
Birmingham, Alabama 35209
205/8780-0663

---

[1] Signed electronically by John Martin Galese, with permission.