IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEWEL DEAN OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05-cv-1000-WKW |
| | ) |
| KENWORTH OF DOTHAN, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Fourth Joint Status Report filed by the parties on October 27, 2006 (Doc. # 11), it is hereby

ORDERED that on before December 4, 2006, the parties shall file another joint status report.

DONE this 30th day of October, 2006.

                                       /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE