**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JEWEL DEAN OLIVER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No.: 1:05CV-1000-T |
| | ) |
| KENWORTH OF DOTHAN, INC., | ) |
| | ) |
|     Defendant. | ) |

**REPORT OF ARBITRATOR'S AWARD**
**AND REQUEST FOR JUDGMENT IN ACCORDANCE THEREWITH**

    The Defendant, Kenworth of Dothan, Inc., reports that this case arbitrated to final conclusion on October 27, 2006, before the Honorable William Coleman. On November 7, 2006, Mr. Coleman submitted his final and binding Decision and Award. Attached hereto is a true and accurate copy of the Arbitrator's Decision and Award in favor of Kenworth of Dothan, Inc. The Defendant requests that this Court enter a judgment consistent therewith.

    Respectfully submitted,

    /s/ John Martin Galese

    _____
    John Martin Galese, Esq., ASB-5382-E61j

OF COUNSEL:
GALESE & INGRAM, P.C.
300 First Commercial Bank Building
800 Shades Creek Parkway
Birmingham, Alabama 35209
205/870-0663