IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEWEL DEAN OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1000-WKW |
| ) | (WO) |
| KENWORTH OF DOTHAN, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Report of Arbitrator's Award and Request for Judgment In Accordance Therewith filed by the defendant on November 9, 2006 (Doc. # 13), and 9 U.S.C. § 9, it is the ORDER, JUDGMENT, and DECREE of the court that Plaintiff's claims are hereby DENIED and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of November, 2006.

                                    /s/   W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE